```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 27436
   DARLENE CARUTHERS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3773

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/26/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 09/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
AMERICAN FAMILY INSURANC  UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          560.00           .00         560.00
CITY OF CHGO DEPT OF REV  NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED OTH     3258.40           .00         908.44
TIMOTHY K LIOU            DEBTOR ATTY      2,514.40                     2,510.20
TOM VAUGHN                TRUSTEE                                         225.09
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 4,203.73

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                             1,468.44
ADMINISTRATIVE                                        2,510.20
TRUSTEE COMPENSATION                                    225.09
DEBTOR REFUND                                             .00
                        ---------------         ---------------
TOTALS                  4,203.73                    4,203.73
```

           PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 27436 DARLENE CARUTHERS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 27436 DARLENE CARUTHERS